UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AVRUM SCHWARTZ

|  |  |
|---|---|
| USDC SDNY |  |
| DOCUMENT |  |
| ELECTRONICALLY FILED |  |
| DOC #: |  |
| DATE FILED: **04/11/2025** |  |

                            Plaintiff,                    **ORDER**

            - against -                                   24 CIV 9881 (NSR)


EXPERIAN INFORMATION
SOLUTIONS, INC., and JP MORGAN
CHASE BANK, N.A.,

                            Defendants.
-------------------------------------------------------------X


Román, D.J.:

            The Court is in receipt of Defendant JP Morgan Chase Bank and Defendant

Experian Information Solutions respective answers (ECF No. 15, 16) to Plaintiff's Complaint

(ECF No. 1). Plaintiff and Defendant Experian have reached a settlement on March 27, 2025

(ECF No. 17). The Court waives the Initial Pre-trial Conference and directs the parties to

jointly complete a Case Management Plan and Scheduling Order (blank form attached hereto).

Said Scheduling Order shall be filed on the docket by May 2, 2025.  After review and approval

of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Judith

C. McCarthy for general pretrial purposes.  The parties are directed to contact Judge McCarthy

within seven (7) business days of the date of the Order of Reference to schedule a conference.

                                        SO ORDERED.

      Dated:

            April 11, 2025

            White Plains, New York                      Nelson S. Román, U.S.D.J.

UNITED STATES DISTRICT COURT                    Rev. Jan. 2012

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

|  | CIVIL CASE DISCOVERY PLAN |
| Plaintiff(s), | AND SCHEDULING ORDER |

- against -

Defendant(s).        _____ CV _____ (NSR)

-------------------------------------------------------------x

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.    All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).  The parties are free to withhold consent without adverse substantive consequences.  (If all parties consent, the remaining paragraphs of this form need not be completed.)

2.    This case [is] [is not] to be tried to a jury.

3.    Joinder of additional parties must be accomplished by _____.

4.    Amended pleadings may be filed until _____.

5.     Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter.  The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6.     First request for production of documents, if any, shall be served no later than _____.

7.     Non-expert depositions shall be completed by _____.

    a.    Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b.    Depositions shall proceed concurrently.

    c.    Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8.     Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9.     Requests to Admit, if any, shall be served no later than _____.

10.    Expert reports shall be served no later than _____.

11.    Rebuttal expert reports shall be served no later than _____.

12.    Expert depositions shall be completed by _____.

13.    Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.    **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.     Any motions shall be filed in accordance with the Court's Individual Practices.

16.     This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.     The Magistrate Judge assigned to this case is the Hon. _____.

18.     If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.     The next case management conference is scheduled for _____, at _____.  (The Court will set this date at the initial conference.)

SO ORDERED.

Dated:   White Plains, New York

_____

_____

Nelson S. Román, U.S. District Judge