UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/15/2025
```

AVRUM SCHWARTZ

          Plaintiff,

- against -

EXPERIAN INFORMATION SOLUTIONS, INC.,
JP MORGAN CHASE
          Defendants.
-----------------------------------------------------------X

**ORDER**

7:24-cv-09881-NSR

Román, D.J.:

The Court having been informed that the Plaintiff and Defendant Experian Information Solutions, Inc. have settled this matter, it is hereby

ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated within sixty (60) days of the date hereof.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

Dated:    April 15, 2025
             White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.